# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,214,210**
**Registered Sep. 25, 2012**
**Int. Cls.: 9, 16, and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

ATARI INTERACTIVE, INC. (DELAWARE CORPORATION)
475 PARK AVENUE SOUTH
NEW YORK, NY 10016

FOR: VIDEO GAME MACHINES FOR USE WITH TELEVISIONS; PLUG AND PLAY GAME UNITS FOR PLAYING VIDEO AND COMPUTER GAMES WITH THE USE OF AN EXTERNAL DISPLAY SCREEN OR MONITOR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 11-19-2004; IN COMMERCE 11-19-2004.

FOR: PRINTED MATTER, NAMELY, POSTERS, STICKERS; USER AND INSTRUCTION MANUALS FOR COMPUTER HARDWARE AND SOFTWARE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-28-2009; IN COMMERCE 10-28-2009.

FOR: ARTICLES OF CLOTHING, NAMELY, T-SHIRTS, SWEAT SHIRTS, HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 4-30-2001; IN COMMERCE 4-30-2001.

OWNER OF U.S. REG. NOS. 1,050,153, 3,173,508, AND OTHERS.

THE MARK CONSISTS OF THE WORD "ATARI" WITH A FUJI DESIGN ABOVE THE WORD WITHIN A BOX.

THE ENGLISH TRANSLATION OF "ATARI" IS SUCCESS OR LUCK.

SN 77-609,882, FILED 11-7-2008.

MATTHEW PAPPAS, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office